**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RADIANT PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION AND NOKIA OF AMERICA CORPORATION,<br><br>Defendants. | Civil Action No. 2:26-cv-00074-RWS<br><br><br>JURY TRIAL DEMANDED |

**AGREED MOTION FOR ENTRY OF PROPOSED E-DISCOVERY ORDER**

COMES NOW, Plaintiff Radiant Patents LLC ("Radiant") and files this Agreed Motion for Entry of Proposed Agreed E-Discovery Order and shows the Court as follows:

Radiant and Defendants Nokia Corporation and Nokia of America Corporation (together, "Nokia"), (collectively, the "Parties") have met and conferred and respectfully request the court enter the attached proposed agreed E-Discovery Order.

Dated: September 28, 2026

Respectfully submitted,

*/s/ Karl Rupp*
Karl Rupp
State Bar No. 24035243
SOREY & HOOVER, LLP
133 E. Tyler Street
Longview, Texas 75601
Direct: (903) 746-6392
Tel: (903) 230-5600
Fax: (903) 230-5656
krupp@soreylaw.com

Steven R. Daniels
Texas Bar No. 24025318
sdaniels@princelobel.com
PRINCE LOBEL TYE LLP
500 W. 5th Street, Suite 1205
Austin, TX 78701
Tel: (512) 737-2413
Fax: (617) 456-8100

Matthew D. Vella
mvella@princelobel.com
Kevin Gannon
kgannon@princelobel.com
Jonathan R. DeBlois
jdeblois@princelobel.com
Amanda L'Esperance
alesperance@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

*Counsel for Plaintiff*

*/s/ M. Scott Stevens*
Deron R. Dacus (TX Bar No. 00790553)
THE DACUS FIRM
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com

M. Scott Stevens (NC Bar No. 37828)
Stephen R. Lareau (NC Bar No. 42992)
Matthew M. Welch (NC Bar No. 55032)
Mary I. Riolo (NC Bar No. 59644)
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
scott.stevens@alston.com
stephen.lareau@alston.com
matthew.welch@alston.com
mary.riolo@alston.com

*Attorneys for Defendants Nokia Corporation and Nokia of America Corporation*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and Counsel for Defendant have conferred via email regarding the filing of this motion, and Defendants do not oppose this filing.

*/s/ Karl Rupp*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF service on September 28, 2026.

*/s/ Karl Rupp*