**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RADIANT PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION AND NOKIA OF AMERICA CORPORATION,<br><br>Defendants. | Civil Action No. 2:26-cv-00074-RWS<br><br><br>JURY TRIAL DEMANDED |

**P.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Under P.R. 4-3, and the Court's Docket Control Order, of May 28, 2026 (Dkt. 29), Plaintiff, Radiant Patents LLC ("Radiant"), and Defendants, Nokia Corporation and Nokia of American Corporation (collectively "Nokia"), submit this Joint Claim Construction and Prehearing Statement.

## I. P.R. 4-3(a)(1): AGREED CLAIM CONSTRUCTIONS

There are five patents in suit, U.S. Patent Nos. 10,924,188 (the "'188 patent"), 10,361,789 (the "'789 patent"), 10,404,366 (the "'366 patent")[1], 10,623,095 (the "'095 patent"), and 11,431,431 (the "'431 patent"), (collectively, "patents in suit"). The parties have reached agreement as to the construction of the following claim terms/phrases:

| | PATENT | TERMS AND PHRASES | AGREED CONSTRUCTION |
|---|---|---|---|
| 3. | '095 | "A non-transitory computer readable recording medium having embodied thereon a program, which when executed by a processor of an optical signal monitoring apparatus, causes the optical signal monitoring apparatus to execute an optical signal monitoring method, the | The preamble is limiting |

[1] The parties agree that there are no terms in the '366 patent that need to be construed.

| | PATENT | TERMS AND PHRASES | AGREED CONSTRUCTION |
|---|---|---|---|
| | | optical signal monitoring method including"<br>(Claim 18) | |

## II. P.R. 4-3(a)(2): DISPUTED CLAIM CONSTRUCTIONS

Under P.R. 4-3(a)(2), the parties' proposals, as to of disputed claim terms, phrases, clauses, or other disputed issues are reflected in the tables attached as Exhibits A, B, and C, as listed below.

The chart attached as **Exhibit A** contains the disputed claim terms, phrases, clauses, or other disputed issues.

The chart attached as **Exhibit B** contains Radiant's identification of intrinsic and extrinsic evidence supporting its proposed constructions.

The chart attached as **Exhibit C** contains Nokia's identification of intrinsic and extrinsic evidence supporting its proposed constructions.

Each party may rely on any intrinsic and extrinsic evidence identified by the other party. Each party reserves the right to identify additional citations to the specifications, claims, and prosecution histories of the patents-in-suit to support its disclosed claim construction positions or to respond to the other party's claim construction arguments, including arguments first articulated or materially elaborated upon in claim construction briefing.

## III. P.R. 4-3(a)(3): LENGTH OF CLAIM CONSTRUCTION HEARING

The parties anticipate that the claim construction hearing will require a total of four hours. This would allow each side two hours to argue the disputed terms, phrases, clauses, and other disputed issues.

## IV. P.R. 4-3(a)(4): LIVE WITNESS TESTIMONY

None.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Karl Rupp*
Karl Rupp
State Bar No. 24035243
SOREY & HOOVER, LLP
133 E. Tyler Street
Longview, Texas 75601
Direct: (903) 746-6392
Tel: (903) 230-5600
Fax: (903) 230-5656
krupp@soreylaw.com

Steven R. Daniels
Texas Bar No. 24025318
sdaniels@princelobel.com
PRINCE LOBEL TYE LLP
500 W. 5th Street, Suite 1205
Austin, TX 78701
Tel: (512) 737-2413
Fax: (617) 456-8100

Matthew D. Vella
mvella@princelobel.com
Jonathan R. DeBlois
jdeblois@princelobel.com
Amanda L'Esperance
alesperance@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000

*Counsel for Plaintiff*

/s/ *M. Scott Stevens*
Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

M. Scott Stevens (NC Bar No. 37828)
Stephen R. Lareau (NC Bar No. 42992)
Matthew M. Welch (NC Bar No. 55032)
Mary I. Riolo (NC Bar No. 59644)
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
scott.stevens@alston.com
stephen.lareau@alston.com
matthew.welch@alston.com
mary.riolo@alston.com

*Attorneys for Defendants Nokia Corporation and Nokia of America Corporation*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing document was delivered to all counsel of record via the Court's CM/ECF service on this 14th day of October, 2026.

*/s/ Karl Rupp*